UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/2024
```

CHRIS GAMBALE,

                      Plaintiff,

      -against-

AMAZON.COM, INC.,

                      Defendant.

-------------------------------------------------------------X

24-CV-06776 (LAK)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

       On October 8, 2024, the parties appeared for an Initial Pretrial Conference and the Court issued a Scheduling Order directing the parties to file a joint letter on the status of discovery addressing any outstanding discovery disputes by December 9, 2024. ECF No. 10. The parties have not filed this joint status letter. The parties are directed to file a joint letter updating the Court on the status of discovery and any outstanding disputes no later than December 13, 2024.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    December 10, 2024
               New York, New York