```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/1/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CHRIS GAMBALE,

                                  **Plaintiff,**                   24-CV-06776 (LAK)(SN)

      -against-                                                 **ORDER**

AMAZON.COM, INC.,

                                **Defendant.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Fact discovery closed in this matter on June 20, 2025. ECF No. 15. Expert discovery concludes on July 18, 2025. <u>Id.</u> By July 18, 2025, the parties are directed to file a joint status letter addressing whether the parties are interested in scheduling a settlement conference and proposing a reasonable briefing schedule for any motion for summary judgment.

**SO ORDERED.**

                                                                      SARAH NETBURN
                                                                      United States Magistrate Judge

DATED:     July 1, 2025
                 New York, New York