UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

CHRIS GAMBALE,

Plaintiff,

-against-

AMAZON.COM, INC.,

Defendant.

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ 12/16/2025 ___

24-CV-06776 (LAK)(SN)

**ORDER**

SARAH NETBURN, United States Magistrate Judge:

Expert discovery concluded on December 15, 2025. ECF No. 18. By Monday, December 22, 2025, the parties are directed to file a joint status letter addressing whether the parties are interested in scheduling a settlement conference and proposing a reasonable briefing schedule for any motion for summary judgment.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      December 16, 2025
            New York, New York